**Thomas R. SHELTON, Plaintiff–Appellant,**

v.

**RICHMOND PUBLIC SCHOOLS, Defendant–Appellee.**

No. 02–1300.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 16, 2002.

Decided Sept. 4, 2002.

Thomas R. Shelton, Appellant Pro Se. Stephanie Ploszay Karn, McGuirewoods, L.L.P., Richmond, Virginia, for Appellee.

Before WILKINS, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Thomas R. Shelton appeals the magistrate judge's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge.* *See Shelton v. Richmond Public Schools,* No. CA–01–166–3 (E.D.Va. Feb. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Thelma L. Mathis appeals from the district court's order affirming the bankruptcy court's orders determining the dischargeability of certain real estate taxes. Our review of the record and the opinions below discloses no reversible error. As the district court correctly noted, the bankruptcy court's thorough opinions reflect no error. Accordingly, we affirm. *See Mathis v. County of Stafford,* Nos. CA–01–1790–A (Bankr.E.D.Va. Feb. 22, 2002); BK–99–10158–SSM (E.D. Va. Sept. 17, 2001; July 25, 2001; Dec. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).